**Fill in this information to identify the case:**

Debtor 1: Zaki Rahman

Debtor 2: Amelia Sharmeen
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of VA (State)

Case number: 14-12007-KHK

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association as trustee of the Chalet Series III Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 7 1

**Property address:** 7045 Solomon Seal CT
Number    Street

Springfield,    VA    22152
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2019
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Debtor 1  **Zaki Rahman**
       First Name   Middle Name   Last Name

Case number (*if known*) 14-12007-KHK

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Michelle R. Ghidotti-Gonsalves**
Signature

Date 05/28/2019

Print  Michelle  R.  Ghidotti-Gonsalves
     First Name   Middle Name   Last Name

Title  Authorized Agent

Company  Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1920 Old Tustin Ave.
     Number   Street

Santa Ana    CA    92705
City    State    ZIP Code

Contact phone (949) 427 – 2010

Email  mghidotti@ghidottiberger.com

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
   GHIDOTTI | BERGER LLP
2  1920 Old Tustin Ave.
3  Santa Ana, CA 92705
   Ph: (949) 427-2010
4  Fax: (949) 427-2732
   mghidotti@ghidottiberger.com
5
6  Attorney for Creditor
   US Bank Trust National Association as trustee of the Chalet Series III Trust
7
                   UNITED STATES BANKRUPTCY COURT
8           EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION

9
   In Re:                              )    CASE NO.: 14-12007-KHK
10                                     )
   Zaki Rahman,                        )    CHAPTER 13
11 Amelia Sharmeen                     )
                                       )    **CERTIFICATE OF SERVICE**
12         Debtors.                    )
13                                     )
                                       )
14                                     )
                                       )
15                                     )
                                       )
16                                     )
17                                     )

18
                      **CERTIFICATE OF SERVICE**
19

20    I am employed in the County of Orange, State of California. I am over the age of

21 eighteen and not a party to the within action. My business address is: 1920 Old Tustin

22
   Avenue, Santa Ana, CA 92705.
23
      I am readily familiar with the business's practice for collection and processing of
24
25 correspondence for mailing with the United States Postal Service; such correspondence would

26 be deposited with the United States Postal Service the same day of deposit in the ordinary

27 course of business.
28
   On May 28, 2019 I served the following documents described as:

   - **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

                                        1
                            CERTIFICATE OF SERVICE

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Zaki Rahman<br>7045 Solomon Seal Ct.<br>Springfield, VA 22152<br><br>**Joint Debtor**<br>Amelia Sharmeen<br>7045 Solomon Seal Ct.<br>Springfield, VA 22152 | **Debtor's Counsel**<br>Tommy Andrews, Jr.<br>Tommy Andrews, Jr. P.C.<br>122 North Alfred St.<br>Alexandria, VA 22314<br><br>**Trustee**<br>Thomas P. Gorman<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314 |

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on May 28, 2019 at Santa Ana, California

*/s / Enrique Alarcon*
Enrique Alarcon

2
CERTIFICATE OF SERVICE